UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

---

|  |  |
|---|---|
| LISA BRUNO, | CASE NO. 1:20-cv-02633 |
| Plaintiff, | OPINION & ORDER [Resolving Doc. 1] |
| vs. |  |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, |  |
| Defendant. |  |

---

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Plaintiff Bruno seeks judicial review of the Social Security Administration Commissioner's final decision denying Plaintiff's application for a Period of Disability and Disability Insurance Benefits.[1]

In support of her request for review, Plaintiff argues that the Administrative Law Judge's determination regarding her residual functional capacity and her manipulative limitations is not supported by substantial evidence.[2]  Plaintiff further argues that the Administrative Law Judge erroneously relied on incomplete and insufficient vocational expert testimony regarding job availability.[3]  Defendant disagrees.[4]

On December 3, 2021, Magistrate Judge Thomas Parker issued a Report and Recommendation ("R&R") recommending that the Court affirm the Commissioner's final decision denying Plaintiff Bruno's application.[5]  Plaintiff did not file objections to the R&R.

---

[1] Doc. 1.  Plaintiff and Defendant filed merits briefs.  Docs. 13; 14.
[2] Doc. 13 at 9–12.
[3] Id. at 12–17.
[4] Doc. 14.
[5] Doc. 15.

Case No. 1:20-cv-02633
Gwin, J.

The Federal Magistrates Act requires district courts to conduct a *de novo* review of only objected-to portions of an R&R.[6] Absent objection, district courts may adopt an R&R without review.[7] Plaintiff did not object to the R&R, and this Court may adopt Magistrate Judge Parker's R&R without further review.

Accordingly, the Court **ADOPTS** Magistrate Judge Parker's R&R, and **AFFIRMS** the Commissioner's final decision.

IT IS SO ORDERED.

Dated: January 13, 2022            *s/        James S. Gwin*
                                                            JAMES S. GWIN
                                                            UNITED STATES DISTRICT JUDGE

---

[6] 28 U.S.C. § 636(b)(1).
[7] *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). Failure to timely object may waive a party's right to appeal the district court's order adopting the R&R. *Id.* at 155; *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).